UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,                        Case No. 1:02:CR:186

v.

                                     HON. GORDON J. QUIST

ALFREDO BALDERAS, JR.,

      Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed March 20, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Alfredo Balderas, Jr.'s plea of guilty to Count Two of the Indictment is accepted. Defendant Alfredo Balderas, Jr. is adjudicated guilty.

3. Defendant Alfredo Balderas, Jr. shall be detained pending sentencing.

4. A decision of whether to accept the oral plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: April 5, 2007                                         /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE